MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

USM HOLDINGS INC., a Delaware corporation,

        Plaintiff(s),                  Case No.  15-cv-14251

v.                                        Judge

BRIAN A. SIMON, et al.            Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, USM HOLDINGS INC.

makes the following disclosure: **(NOTE: A negative report, if appropriate, is required.)**

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 4, 2015                s/ Michael P. Conway

                                            6201032
                                            SHOOK, HARDY & BACON L.L.P.
                                            111 South Wacker Drive
                                            Suite 5100
                                            Chicago, IL  60606
                                            (312) 704-7700
                                            mconway@shb.com