AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | Civil Action No.  15-cv-14251 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Brian A. Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Brian A. Simon

Date of Service:    _____

## Method of Service

____    Personally served at this address:
_____
_____
_____

____    Left copies at the usual place of abode with (name of person):
_____
_____
_____

____    Other (specify):
_____
_____
_____

____    Returned unexecuted (reason):
_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:  Mark J. Roll

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mark J. Roll

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Eric A. Simon


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Eric A. Simon

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Diane M. Decraene

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Diane M. Decraene

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Paul J. Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Michael P. Conway
>Shook, Hardy & Bacon LLP
>111 South Wacker Drive
>Suite 5100
>Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251

Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Paul J. Simon

Date of Service:    _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Joseph A. Simon, Jr.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251

Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Joseph A. Simon, Jr.

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:      George A. Simon, II


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    George A. Simon, II


Date of Service: _____


## Method of Service

____   Personally served at this address:
_____
_____
_____


____   Left copies at the usual place of abode with (name of person):
_____
_____
_____


____   Other (specify):
_____
_____
_____


____   Returned unexecuted (reason):
_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:    Susan Simon


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Susan Simon

Date of Service:    _____

## Method of Service

____   Personally served at this address:
_____
_____
_____


____   Left copies at the usual place of abode with (name of person):
_____
_____
_____


____   Other (specify):
_____
_____
_____


____   Returned unexecuted (reason):
_____
_____
_____


## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:   _____

Date:     _____

Server's Address:    _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Joanne Morrison

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/D. Worth_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _December 7, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Joanne Morrison

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

USM Holdings Inc.,                )
                                  )
                                  )
               *Plaintiff,*      )     Civil Action No.  15-cv-14251
                                  )
        v.                    )
                                  )
Brian A. Simon, et al,            )     Hon.  George Caram Steeh
                                  )
               *Defendant.*    )

### SUMMONS IN A CIVIL ACTION

To:    Penny Suppes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Michael P. Conway
        Shook, Hardy & Bacon LLP
        111 South Wacker Drive
        Suite 5100
        Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*      By:  s/D. Worth
                                                   *Signature of Clerk or Deputy Clerk*

                                          Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251

Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Penny Suppes


Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon. George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Kevin Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  __s/D. Worth_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _December 7, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Kevin Simon

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Marianne Shock

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>        Michael P. Conway
>        Shook, Hardy & Bacon LLP
>        111 South Wacker Drive
>        Suite 5100
>        Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   December 7, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Marianne Shock

Date of Service:   _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Christopher M. Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Christopher M. Simon

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      William F. Blake


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/D. Worth_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _December 7, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    William F. Blake

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Justin Anthony Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  __s/D. Worth_____

   *Signature of Clerk or Deputy Clerk*

   Date of Issuance:  _December 7, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Justin Anthony Simon

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ashley Simon


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Michael P. Conway
        Shook, Hardy & Bacon LLP
        111 South Wacker Drive
        Suite 5100
        Chicago, IL 60606


        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/D. Worth
        *Signature of Clerk or Deputy Clerk*

        Date of Issuance:   December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ashley Simon


Date of Service:    _____


## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Carolyn A. Egle

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Carolyn A. Egle

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| USM Holdings Inc., ) | |
| ) | |
| ) | Civil Action No.  15-cv-14251 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| Brian A. Simon, et al, ) | Hon.  George Caram Steeh |
| ) | |
| ) | |
| *Defendant.* ) | |

### SUMMONS IN A CIVIL ACTION

To:     Debra A. DeFour


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/D. Worth
      *Signature of Clerk or Deputy Clerk*

      Date of Issuance:   December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Debra A. DeFour

Date of Service:    _____

## Method of Service

____  Personally served at this address:
  _____
  _____
  _____

____  Left copies at the usual place of abode with (name of person):
  _____
  _____
  _____

____  Other (specify):
  _____
  _____
  _____

____  Returned unexecuted (reason):
  _____
  _____
  _____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
  _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Catherine S. Smith

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>        Michael P. Conway
>        Shook, Hardy & Bacon LLP
>        111 South Wacker Drive
>        Suite 5100
>        Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251

Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Catherine S. Smith

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____

____    Left copies at the usual place of abode with (name of person):

_____

____    Other (specify):

_____

____    Returned unexecuted (reason):

_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Christine A. Graham

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth _____

     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251

Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Christine A. Graham

Date of Service:    _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:          Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Renee A. Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-cv-14251
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Renee A. Simon

Date of Service:     _____

## Method of Service

____   Personally served at this address:

_____

____   Left copies at the usual place of abode with (name of person):

_____

____   Other (specify):

_____

____   Returned unexecuted (reason):

_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:     _____

Date:     _____

Server's Address:     _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Raymond R. Decraene, Jr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/D. Worth_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _December 7, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Raymond R. Decraene, Jr.

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Natalie M. Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   December 7, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-cv-14251
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Natalie M. Simon

Date of Service:    _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Allison A. Simon


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606


        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*



By:   s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   December 7, 2015 _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251

Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Allison A. Simon

Date of Service:    _____

## Method of Service

____    Personally served at this address:
_____
_____
_____

____    Left copies at the usual place of abode with (name of person):
_____
_____
_____

____    Other (specify):
_____
_____
_____

____    Returned unexecuted (reason):
_____
_____
_____

## Service Fees:         Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| USM Holdings Inc., | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-cv-14251 |
| | ) | |
| v. | ) | |
| | ) | |
| Brian A. Simon, et al, | ) | Hon.  George Caram Steeh |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     T. Kelly Simon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael P. Conway
> Shook, Hardy & Bacon LLP
> 111 South Wacker Drive
> Suite 5100
> Chicago, IL 60606

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 7, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-cv-14251
Hon.  George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    T. Kelly Simon

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:          Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____