UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USM HOLDINGS INC., a Delaware corporation,

    Plaintiff,

vs.

BRIAN A. SIMON, individually and as Trustee of the Brian A. Simon Trust dated 10/22/99; MARK J. ROLL; ERIC A. SIMON, individually and as Trustee of the Eric A. Simon Revocable Trust dated 8/11/00; DIANE M. DECRAENE, individually and as Trustee of the Revocable Trust Agreement of Diane M. Decraene dated 2/6/97; PAUL J. SIMON, individually and as Trustee under the Revocable Trust Agreement of Paul J. Simon Trust dated 2/24/87; JOSEPH A. SIMON, JR., individually and as Trustee of the Joseph A. Simon, Jr. Revocable Trust dated 6/7/01; GEORGE A. SIMON II, individually and as Trustee of the George A. Simon II Revocable Trust dated 7/11/95; SUSAN SIMON, an individual; JOANNE MORRISON, an individual; PENNY SUPPES, an individual; KEVIN SIMON, an individual; MARIANNE SHOCK, as Trustee under Revocable Trust Agreement of Marianne Shock dated 11/6/03; CHRISTOPHER M. SIMON, as Trustee under the Revocable Living Trust Agreement of Christopher M. Simon dated 9/6/01; WILLIAM F. BLAKE, as Trustee of the George & Shirley Simon Trust for the benefit of Kevin T. Simon dated 11/11/83; JUSTIN ANTHONY SIMON,

Case No. 15-cv-14251

Hon. George C. Steeh
Mag. Judge David R. Grand

**APPEARANCE OF NICHOLAS J. ELLIS ON BEHALF OF PLAINTIFF USM HOLDINGS INC.**

an individual; ASHLEY SIMON, an individual; CAROLYN A. EGLE, an individual; DEBRA A. DEFOUR, as Trustee under the Debra A. DeFour Revocable Trust dated 3/15/05; CATHERINE S. SMITH, as Trustee under the Catherine S. Smith Revocable Trust dated 12/26/06; CHRISTINE A. GRAHAM, as Trustee of the Christine A. Graham Living Trust dated 5/18/11; RENEE A. SIMON, as Trustee under the Renee A. Simon Revocable Trust dated 4/6/12; RAYMOND R. DECRAENE, JR., as Trustee of the G.A. Simon Trust for the benefit of J.A. Simon dated 10/10/12 and as Trustee of the G. A. Simon Trust for the benefit of A. N. Simon dated 10/10/12; NATALIE M. SIMON, as Trustee of the Natalie M. Simon Voluntary Trust dated 4/15/13; ALLISON A. SIMON, as Trustee of the Allison A. Simon Living Trust dated 6/20/13; and T. KELLY SIMON, as Trustee of the T. Kelly Simon Living Trust dated 3/10/13,

        Defendants.

## **NOTICE OF APPEARANCE**

Please enter the appearance of Nicholas J. Ellis of Foley & Lardner LLP, on behalf of Plaintiff, USM HOLDINGS INC., in the above captioned cause of action.

        s/ Nicholas J. Ellis
        FOLEY & LARDNER LLP
        Scott T. Seabolt (P55890)
        Andrew B. Fromm (P79185)
        Nicholas J. Ellis (P73174)

|  |  |
|---|---|
| Dated: December 8, 2015 | One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan  48226-3489<br>Phone:  (313) 234-7100<br>Email: sseabolt@foley.com<br>Email: afromm@foley.com<br>Email: nellis@foley.com<br>*Attorneys for Plaintiff USM Holdings Inc.* |

3

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of **NOTICE OF APPEARANCE** was filed electronically on December 8, 2015, with the Clerk of the Court using the ECF system. Notice of this will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Andrew B. Fromm |
|  | FOLEY & LARDNER LLP |
|  | Scott T. Seabolt (P55890) |
|  | Andrew B. Fromm (P79185) |
|  | Nicholas J. Ellis (P73174) |
|  | One Detroit Center |
|  | 500 Woodward Avenue, Suite 2700 |
|  | Detroit, Michigan 48226-3489 |
|  | Phone: (313) 234-7100 |
| Dated: December 8, 2015 | Email: sseabolt@foley.com |
|  | Email: afromm@foley.com |
|  | Email: nellis@foley.com |
|  | *Attorneys for Plaintiff USM Holdings Inc.* |

**Error! Unknown document property name.**